IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FIFTH DIVISION

| | |
|---|---|
| Luanna Thiessen and Michael Thiessen, Plaintiffs, vs. David Anderson and Miners Incorporated, Defendants. | **CIVIL NO.: 02-348 (JMR/RLE)** **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION**

All matters in connection with the above litigation having been fully compromised and settled, it is hereby

STIPULATED, by and between the attorneys for the parties, for and on behalf of their respective clients, that the above matter may be, and the same is hereby, DISMISSED with prejudice and without costs to either party.

Dated: 10-28-02 BY: ______________________

Duane A. Lillehaug
MN Attorney ID No. 63198
LEE HAGEN LAW OFFICE, LTD.
902 South 28th Street
P.O. Box 3143
Fargo, North Dakota 58108-3143
(701) 293-8425
ATTORNEYS FOR PLAINTIFF

FILED NOV 22 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED NOV 22 2002
DEPUTY CLERK'S INITIALS ____

Dated: 10/30/02 BY: [signature]

Martha K. Sieber
MN Attorney ID No. 23171X
CANDLIN & HECK
3800 West 80th Street, #1500
Bloomington, MN 55431-4429
(952) 820-8523
ATTORNEYS FOR DEFENDANT

## ORDER

Upon reading and filing the within and foregoing Stipulation for Dismissal with Prejudice, it is

ORDERED that the above action be, and the same is hereby, DISMISSED with prejudice to the commencement of another action and without costs to either party.

Dated this 22nd day of November, 2003.

BY THE COURT:

[signature]

~~The Honorable Raymond L. Erickson~~
HONORABLE JAMES M. ROSENBAUM, U.S. DISTRICT COURT CHIEF JUDGE.

## JUDGMENT

The parties hereto, having provided for the dismissal of the above-entitled action with prejudice and without costs to either party, and the ~~Honorable Raymond L. Erickson~~, having ordered dismissal of the action with prejudice and without costs,

NOW, THEREFORE, on motion of Duane A. Lillehaug, attorney for the Plaintiff, it is

ADJUDGED, DETERMINED, AND DECREED that the above-entitled action be, and the same is hereby, DISMISSED with prejudice and without costs to either party.